THE STATE EX REL. EBLIN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Eblin v. Indus. Comm.* (1998), 83 Ohio St.3d 122.]

(No. 96–2136—Submitted July 8, 1998—Decided September 16, 1998.)

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant
Attorney General, for appellees.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent.

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the
court of appeals.

F.E. SWEENEY, J., concurs in the foregoing dissenting opinion.